**Abatement Order filed February 2, 2023**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-22-00864-CV

———————

### FREEPORT LNG MARKETING, LLC, Appellant

### V.

### KINDER MORGAN TEXAS PIPELINE LLC AND KINDER MORGAN TEJAS PIPELINE LLC, Appellees

**On Appeal from the 133rd District Court
Harris County, Texas
Trial Court Cause No. 2021-58787**

## ABATEMENT ORDER

This is an appeal from an order signed October 24, 2022. The parties have moved to allow the trial court to sign a proposed agreed final judgment. The motion is granted.

Accordingly, we abate this appeal and remand to the trial court for further proceedings limited to consideration of the parties "motion for entry of judgment" and for the trial court to sign an order or judgment disposing of the motion. The trial court clerk is ordered to prepare, certify, and file a supplemental clerk's record with the clerk of this court no later than **30 days** from this court's order. If a record of the hearing is made, the court reporter is ordered to prepare, certify, and file a

supplemental reporter's record with the clerk of this court no later than 30 days from this court's order

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the supplemental clerk's record is filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing, if a hearing is required, in compliance with this court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Hassan.